RULE 20
Category B
Plea to Indictment
Rule 20 from: USDC District of Maryland

BSX USAO # 2007R00112

FILED
LODGED

FEB 1 2 2007

AT
CLERK U S
DISTRICT OF MARYLAND
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | 08-146 |
| | * | |
| v. | * | CRIMINAL NO. RWT 07 CR 0 063 |
| | * | |
| MICHAEL HUGGINS | * | (Possession with Intent to Distribute |
| | * | Cocaine, 21 U.S.C. § 841) |
| Defendant | * | |
| | * | |

ELLEN SEGAL HUVELLE, ESQ.

B

*******

FILED
MAY 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### INDICTMENT

The Grand Jury for the District of Maryland charges that:

On or about October 24, 2005, in the District of Maryland, the defendant,

**MICHAEL HUGGINS,**

knowingly, intentionally and unlawfully possessed with intent to distribute a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

_Rod J. Rosenstein/LSS_
Rod J. Rosenstein
United States Attorney

A TRUE BILL

Foreperson

Date: February 12, 2007

Case Related To  05 CR 384 LESH)