U.S. Department of Justice | Rule 20 - Transfer Notice

**FILED**
**MAY 14 2008**
**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

| To: | District | Date |
|---|---|---|
| AUSA Barbara S. Skalla | District of Maryland | May 6, 2008 |
| Name of Subject | Statute Violated | File Data *(Initials and Number)* |
| Michael Huggins | Title 18 U.S.C. § 922(g)(1) | RWT-07-063 |

**Part A - District of Arrest**       08-146

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charged pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

✓ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the District of Columbia. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20.
Docket no. **RWT-07-063**

☐ Other *(Specify)*:

**RULE 20**
**Category B**
**Plea to Indictment**
**Rule 20 from:**
**USDC District of Maryland**

☐ The above-named defendant entered a plea of guilty under Rule 20.
**Date of Plea**   **Date of Sentence**   **Sentence**

| From (Signature and Title) | Address |
|---|---|
| John V. Geise   AUSA D.C. 5/6/08 | 555 Fourth Street, N.W., Room 8445 Washington, D.C. 20530 |

**Part B - District of Offense**

✓ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
*(Kindly notify me of any anticipated delay)*.

✓ Enclosed are two certified copies of indictment or information. Docket no. **RWT-07-063**

☐ Please have defendant execute waiver of indictment.

☐ Other *(Specify)*: .

| Signature *(Name and Title)* | District | Date |
|---|---|---|
| [signature] Assistant United States Attorney | District of **Maryland** | May 8 2008 |

See United States Attorneys Manual 9-14.000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.

**Replaces OBD-101, Feb. 83 edition may be used**

FORM USA-231