RULE 20
Category B
Plea to Indictment
Rule 20 from: USDC District of Maryland

In the United States District Court

for the District of Maryland

UNITED STATES OF AMERICA              :

v.                                    :     CRIMINAL NO.

MICHAEL HUGGINS                       :     RWT-07-063

08-146

MAY -8 P 2: 31

FILED
MAY 14 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

I, **MICHAEL HUGGINS**, defendant, have been informed that an **INDICTMENT** is pending against me in the above designated cause. I wish to plead **GUILTY** to the offense charged, to consent to the disposition of the case in the **District of COLUMBIA**, and to waive trial in the above-captioned District.

Dated: _May 7_, 2008

_____
(Defendant)

_____
(Witness)

_____
NAME, Counsel for Defendant

Approved

| _____ | Jeffrey A. Taylor / _____ AUSA 5/6/08 |
|---|---|
| Assistant United States Attorney for the District of Maryland | United States Attorney for the District of Columbia |