*USA v. HUGGINS*      *08-146 (ESH)*

CLOSED

# U.S. District Court
## District of Maryland (Greenbelt)
### CRIMINAL DOCKET FOR CASE #: 8:07-cr-00063-RWT-1
#### Internal Use Only

**FILED**

Case title: USA v. Huggins                      Date Filed: 02/12/2007

Magistrate judge case number: 8:07-mj-00327-CBD     Date Terminated: 05/12/2008   MAY 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Assigned to: Judge Roger W Titus

**Defendant (1)**

**Michael Huggins**                      represented by   **Rudolph Acree, Jr**
*TERMINATED: 05/12/2008*                               Law Office of Rudolph Acree Jr
                                                       1211 Connecticut Ave NW Ste 506
                                                       Washington, DC 20036
                                                       12023311961
                                                       *LEAD ATTORNEY*
                                                       Designation: Retained

**Pending Counts**                                  **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                               **Disposition**

21:841(a)(1),(b)(1)(c) Possession with
Intent to Distribute Cocaine
(1)

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                      **Disposition**

21:841(a)(1) Possession with Intent to
Distribute a Schedule II Controlled
Substance

**Plaintiff**

USA                              represented by **Barbara S Skalla**
Office of the US Attorney
6500 Cherrywood Ln Ste 400
Greenbelt, MD 20770-1249
13013444433
Fax: 13013444516
Email: Barbara.Skalla@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/02/2007 | 1 | CRIMINAL COMPLAINT and Affidavit in Support as to Michael Huggins (1) (zf, Deputy Clerk) [8:07-mj-00327-CBD] (Entered: 02/02/2007) |
| 02/02/2007 | 2 | Arrest Warrant Issued by Judge Charles B. Day in case as to Michael Huggins (zf, Deputy Clerk) [8:07-mj-00327-CBD] (Entered: 02/02/2007) |
| 02/06/2007 | | Initial Appearance as to Michael Huggins (Defendant informed of Rights) held on 2/6/2007 before Judge William Connelly (FTR:Frazier 3B) (zf, Deputy Clerk) [8:07-mj-00327-CBD] (Entered: 02/06/2007) |
| 02/06/2007 | 3 | CJA 23 Financial Affidavit by Michael Huggins (filed separately) (zf, Deputy Clerk) [8:07-mj-00327-CBD] (Entered: 02/06/2007) |
| 02/06/2007 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Michael Huggins. Signed by Judge William Connelly on 2/6/07 (zf, Deputy Clerk) [8:07-mj-00327-CBD] (Entered: 02/06/2007) |
| 02/06/2007 | 5 | ORDER OF TEMPORARY DETENTION Pending Hearing Pursuant to Bail Reform Act as to Michael Huggins. Signed by Judge William Connelly on 2/6/07 (c/m 2/6/07 zf) (zf, Deputy Clerk) [8:07-mj-00327-CBD] (Entered: 02/06/2007) |
| 02/09/2007 | 6 | Rule 5 Documents Received from the United States District Court for the District of Columbia consisting of Arrest Warrant Executed, Waiver of Rule 5 & 5.1 Hearings and Commitment to Another District as to Michael Huggins (pkf, Deputy Clerk) [8:07-mj-00327-CBD] (Entered: 02/09/2007) |
| 02/09/2007 | | Detention Hearing as to Michael Huggins held on 2/9/2007 before Judge William Connelly. (Fosbrook 3-B) (pkf, Deputy Clerk) [8:07-mj-00327-CBD] (Entered: 02/09/2007) |
| 02/12/2007 | 7 | INDICTMENT as to Michael Huggins (1) count 1. (jc, Deputy Clerk) (Entered: 02/12/2007) |
| 02/20/2007 | | Arraignment as to Michael Huggins (1) Count 1 held on 2/20/2007 before Judge Charles B. Day. (FTR 2A - Sigona.) (rms, Deputy Clerk) (Entered: 02/20/2007) |
| 02/20/2007 | | Plea entered by Michael Huggins Not Guilty on counts 1. before Judge |

| | | |
|---|---|---|
| | | Charles B. Day. (FTR 2A - Sigona.) (rms, Deputy Clerk) (Entered: 02/20/2007) |
| 02/22/2007 | 8 | ORDER Setting Conditions of Release as to Michael Huggins. Signed by Judge William Connelly on 2/9/07. (aap, Deputy Clerk) (Entered: 02/22/2007) |
| 02/28/2007 | 9 | Memorandum/Order setting a trial beginning April 17, 2007; and further setting a Status Conference for March 12, 2007, as to Michael Huggins. Signed by Judge Roger W Titus on 2/28/07. (c/m 2/28/07 cmc) (aap, Deputy Clerk) (Entered: 03/01/2007) |
| 03/14/2007 | 10 | ORDER that the trial currently set to begin April 17, 2007 is CONTINUED and extending various deadlines as to Michael Huggins. Signed by Judge Roger W Titus on 3/13/2007. (c/m 3/13/07 cmc) (elt, Deputy Clerk) (Entered: 03/15/2007) |
| 03/22/2007 | 11 | MOTION and Memorandum in Support of Admission of Evidence Under Rule 404(b) by USA as to Michael Huggins. Responses due by 4/9/2007 (c/s)(jc, Deputy Clerk) (Entered: 03/26/2007) |
| 04/03/2007 | 12 | Unopposed MOTION for Modification of Bond by Michael Huggins. Responses due by 4/20/2007 (c/s)(jc, Deputy Clerk) Modified on 4/6/2007 (aap, Deputy Clerk). (Entered: 04/03/2007) |
| 04/09/2007 | | Telephone Status Conference held on 4/9/2007 before Judge Roger W Titus. (rank, Deputy Clerk) (Entered: 04/10/2007) |
| 04/10/2007 | 13 | Order extending the deadline to file pretrial motions to April 16, 2007; further directing a telephone conference is set for April 18, 2007 at 5:00 p.m to set a new trial date, as to Michael Huggins. Signed by Judge Roger W Titus on 4/10/07. (c/m 4/10/07 cmc) (aap, Deputy Clerk) (Entered: 04/11/2007) |
| 04/17/2007 | 14 | MOTION for Leave to Late File by Michael Huggins. Responses due by 5/4/2007 (c/s)(aap, Deputy Clerk) Modified on 4/17/2007 (aap, Deputy Clerk). (Entered: 04/17/2007) |
| 04/17/2007 | 15 | Application of Collateral Estoppel Under the Double Jeopardy Clause of the Fifth Amendment by Michael Huggins. Responses due by 5/4/2007 (c/s) (aap, Deputy Clerk) (Entered: 04/17/2007) |
| 04/17/2007 | 16 | ORDER granting 12 Unopposed MOTION for Modification of Bond as to Michael Huggins (1). Signed by Judge William Connelly on 4/16/07. (c/m 4/16/07 vm) (aap, Deputy Clerk) (Entered: 04/17/2007) |
| 04/17/2007 | 17 | ORDER granting 14 Motion for Leave to File Late; setting the trial for October 16-19, 23-24, 2007; extending the deadline to respond to pretrial motions to May 4, 2007; and further directing the time from April 17, 2007 through October 16, 2007 is hereby excluded, as to Michael Huggins (1). Signed by Judge Roger W Titus on 4/17/07. (c/m 4/17/07 cmc) (aap, Deputy Clerk) (Entered: 04/18/2007) |
| 05/04/2007 | 18 | MOTION to Preclude Introduction Evidence of "Other Crimes" Pursuant to |

| | | |
|---|---|---|
| | | Rule of Evidence 404(b) and Request for Hearing by Michael Huggins. Responses due by 5/21/2007 (c/s)(aap, Deputy Clerk) Modified on 5/10/2007 (aap, Deputy Clerk). (Entered: 05/07/2007) |
| 05/07/2007 | 19 | MOTION for Extension of Time to File Response to Motion by USA as to Michael Huggins. Responses due by 5/24/2007 (c/s)(aap, Deputy Clerk) (Entered: 05/08/2007) |
| 05/07/2007 | 20 | ORDER granting re 19 MOTION for Extension of Time to File Response to Motion by USA as to Michael Huggins. Signed by Judge Roger W Titus on 5/7/07. (c/m 5/7/07 cmc) (aap, Deputy Clerk) (Entered: 05/08/2007) |
| 05/09/2007 | 21 | RESPONSE in Opposition by USA as to Michael Huggins re 15 MOTION of Collateral Estoppel Under the Double Jeopardy Clause of the Fifth Amendment (rank, Deputy Clerk) (c/s) (Entered: 05/10/2007) |
| 05/11/2007 | 22 | CJA 20 as to Michael Huggins: Appointment of Attorney Rudolph Acree, Jr for Michael Huggins.. Signed by Clerk on 2/6/07. (c/m 2/13/07 jmb) (aap, Deputy Clerk) (Entered: 05/11/2007) |
| 05/21/2007 | | (Court only) ***Motions terminated as to Michael Huggins: 19 MOTION for Extension of Time to File Response/Reply filed by USA. (aap, Deputy Clerk) (Entered: 05/21/2007) |
| 05/25/2007 | 23 | MEMORANDUM in REPLY TO RESPONSE to Motion by USA as to Michael Huggins re 18 MOTION to Admit Evidence Under rule 404(b) and attachment (c/s) (rank, Deputy Clerk) (Entered: 05/29/2007) |
| 06/11/2007 | | Motion Hearing as to Michael Huggins held re 18 MOTION filed by Michael Huggins, 15 MOTION filed by Michael Huggins, 14 MOTION for Leave to File filed by Michael Huggins and 11 MOTION filed by USA before Judge Roger W Titus. (Court Reporter: T. Dunlap.) (hbm, Courtroom Deputy Clerk)(Written order to be entered by the Court) (Entered: 06/11/2007) |
| 06/12/2007 | 24 | ORDER granting without prejudice 11 Defendant's Motion and Memorandum in Support of Admission of Evidence Under Rule 404(b) (1); denying 15 Defendant's Motion to Dismiss Application of Collateral Estoppel Under the Double Jeopardy Clause of the Fifth Amendment (1); denying without prejudice 18 Defendant's Motion to Preclude Introduction Evidence of "Other Crimes" Pursuant to Rule of Evidence 404(b); and that the trial in this case will be held October 16, 17, 18, 19, 23, and 24. Signed by Judge Roger W Titus on 06/12/2007. (c/m 6/12/07 cmc) (elt, Deputy Clerk) (Entered: 06/12/2007) |
| 06/19/2007 | 25 | UNOPPOSED MOTION for Modification of Bond by Michael Huggins. (c/s) (rank, Deputy Clerk) (Entered: 06/20/2007) |
| 06/26/2007 | 26 | ORDER granting 25 Motion for Modification Bond for Michael Huggins (1). Signed by Judge Roger W Titus on 6/25/07. (ch, Deputy Clerk) Modified on 6/26/2007 (ch, Deputy Clerk)(c/m 6/26/07 CMC). (Entered: 06/26/2007) |
| 07/20/2007 | 27 | Unopposed MOTION to reschedule trial by Michael Huggins. (c/s) (ranks, Deputy Clerk) (Entered: 07/20/2007) |

| 07/20/2007 | 28 | ORDER holding a telephone status conference on 7/24/07 a5 4:30 on plaintiff's unopposed Motion to Reschedule Trial 27 as to Michael Huggins. Signed by Judge Roger W Titus on 7/20/07. (c/m 23/07 cmc) (rank, Deputy Clerk) (Entered: 07/23/2007) |
| 07/24/2007 |  | Telephone Conference as to Michael Huggins held on 7/24/2007 before Judge Roger W Titus. (rank, Deputy Clerk) (Entered: 07/25/2007) |
| 07/25/2007 | 29 | ORDER granting 27 Motion to Continue and rescheduling the trial for May 13,14,15,16,20 and 21,2008 and excluding 7/24/07 through 5/13/08 from the calculation of time limits to Michael Huggins (1). Signed by Judge Roger W Titus on 7/25/07. (c/m 7/25/07 cmc) (rank, Deputy Clerk) (Entered: 07/25/2007) |
| 10/22/2007 | 30 | Unopposed Motion for Modification of Conditions of Release by Michael Huggins. Responses due by 11/8/2007 (c/s)(aap, Deputy Clerk) (Entered: 10/22/2007) |
| 11/02/2007 | 31 | ORDER granting 30 Motion to Modify Conditions of Release, and it is ORDERED, Mr. Huggins removed from home detention with electronic monitoring. All other conditions set by the Court on February 9, 2007 [Paper No. 8] and June 25, 2007 [Paper No. 26] remain in effect. Signed by Judge William Connelly on 11/2/2007. (elt, Deputy Clerk) (c/m 11/2/07) (Entered: 11/02/2007) |
| 04/25/2008 | 32 | ORDER advising the Court will hold a telephone status conference on April 29, 2008 at 4:30 p.m. The Court will initiate the call.. Signed by Judge Roger W Titus on 4/25/2008. (elt, Deputy Clerk)(c/m 4/25/08 cmc) (Entered: 04/25/2008) |
| 04/30/2008 | 33 | ORDER scheduling a further telephone status conference for May 5, 2008 at 4:00 p.m., to further discuss the trial schedule. Counsel for the Government should initiate the call. Signed by Judge Roger W Titus on 4/30/2008. (elt, Deputy Clerk)(c/m 4/30/08 cmc) (Entered: 04/30/2008) |
| 05/06/2008 | 34 | Unopposed MOTION to Transfer Case by Michael Huggins. Responses due by 5/23/2008 (elt, Deputy Clerk)(c/s 5/7/08) (Entered: 05/07/2008) |
| 05/09/2008 |  | (Court only) ***Motions terminated as to Michael Huggins: 14 MOTION for Leave to File filed by Michael Huggins. (elt, Deputy Clerk) (Entered: 05/09/2008) |
| 05/12/2008 | 35 | ORDER that the trial, previously set to begin May 13, 2008 is continued; and in order to provide time for the Court to consider and decide Defendant's Unopposed Motion to Transfer Case 34 the time from April 13, 2008 through the Court's disposition of this motion, is hereby excluded from the calculation of the time limites set forth in the Speedy Trial Act, 18 USC 3161. Signed by Judge Roger W Titus on 5/7/2008. (elt, Deputy Clerk) (Entered: 05/12/2008) |
| 05/12/2008 | 36 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to the U.S. District Court for the District of Columbia Counts closed as to Michael Huggins (1) Count 1. (elt, Deputy Clerk) (Entered: 05/12/2008) |

| 05/12/2008 | 37 | Correspondence transferring this case to the U.S. District Court for the District of Columbia (enclosing original papers). (elt, Deputy Clerk)(c/m 5/12/08) (Entered: 05/12/2008) |
| 05/12/2008 | | (Court only) ***Case Terminated as to Michael Huggins (elt, Deputy Clerk) (Entered: 05/12/2008) |