FILED
JUN 1 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

08-146 (ESH)

## FACTUAL PROFFER

United States v. Michael Huggins

On or about October 24, 2005, within the District of Maryland, the defendant, Michael Huggins, knowingly and intentionally possessed with the intent to distribute approximately 125 grams of cocaine powder, .                            When law enforcement officers searched that residence on that date, they also found two digital scales and approximately $10,000, in cash hidden under his mattress and in a wall safe near some of the cocaine. The cash was proceeds from prior drug sales.

This proffer is limited in nature and is intended solely to provide a sufficient factual basis for the guilty plea.

_____
Michael Huggins
Defendant

_____
Rudolph Acree, Esq.
Attorney for Defendant

_____
Rachel Carlson Lieber
John V. Geise
Assistant United States Attorneys

Rev  1/18/05 daj

8