UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | \* \* \* |
| v. | \* Crim. No.: 08-cr-146 (ESH) \* \* \* \* |
| **MICHAEL HUGGINS,** | \* \* |
| **Defendant.** | \* \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## UNOPPOSED MOTION TO REQUEST PERMISSION TO LEAVE THE JURISIDICTION TO ATTEND A FAMILY REUNION

COMES NOW, Defendant Michael Huggins, by and through undersigned counsel, respectfully moves this Honorable Court to grant permission to Mr. Huggins to leave the jurisdiction to attend a family reunion. In support of this motion, counsel states the following:

1. The above-referenced case is set for sentencing on August 28, 2008.

2. Mr. Huggins would like to attend a family reunion from July 4, 2008 to July 6, 2008 at The Clarion Hotel 5010 Old National Hwy, College Park, Ga 30349.

3. Counsel contacted AUSA John Geise, and Mr. Geise does not oppose this motion.

WHEREFORE for the foregoing reasons, Mr. Huggins respectfully requests that this Honorable Court grant this motion.

2

      Respectfully Submitted,


      _____/s/_____
      Rudolph Acree, Jr.
      1211 Connecticut Ave., N.W.
      Suite 506
      Washington D.C. 20036
      Counsel for Mr. Huggins

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Unopposed Motion to Request Permission to Leave the Jurisdiction to Attend a Family Reunion was sent via Electronic Case Filing (ECF) to Assistant United States Attorney John Geise this 24th day of June 2008.

                                            /s/
                                  Rudolph Acree, Jr.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| | * |
| | *   **Crim. No.: 08-cr-146 (ESH)** |
| v. | * |
| | * |
| | * |
| | * |
| **MICHAEL HUGGINS,** | * |
| | * |
| Defendant. | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

UPON CONSIDERATION of the Defendant Huggins' Motion to Request Permission to Leave the Jurisdiction to Attend a Family Reunion, it is this ___ day of _____, 2008, hereby

ORDERED, that the Defendant's motion is hereby GRANTED.

_____
Honorable Judge

4