UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 2 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * * * * |
| v. | * Crim. No.: 08-cr-146 (ESH) * * * * |
| **MICHAEL HUGGINS,** | * * |
| Defendant. | * * |

*************************************************************************

### ORDER

UPON CONSIDERATION of the Defendant Huggins' Motion to Request Permission to Leave the Jurisdiction to Attend a Family Reunion, it is this 24 day of June, 2008, hereby

ORDERED, that the Defendant's motion is hereby GRANTED.

_____
Honorable Judge

DC Pretrial
Ancie Sidbury

4