UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | *  Case No.: 08-146 (ESH) |
| v. | * |
| | * |
| | * |
| MICHAEL HUGGINS, | * |
| | * |
| Defendant. | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNOPPOSED MOTION TO CONTINUE SCHEDULED SENTENCING HEARING**

COMES NOW, Defendant Michael Huggins, by and through undersigned counsel, respectfully moves this Honorable Court to continue the scheduled sentencing hearing date. In support of this motion, counsel states the following:

1. Mr. Huggins is scheduled to come before this Honorable Court for a sentencing hearing on August 28, 2008

2. Undersigned counsel will not be in the jurisdiction and therefore will be unable to be present in this Honorable Court on August 28, 2008.

3. Counsel has contacted AUSA Jack Geise and Mr. Geise does not oppose this motion to continue.

4. Counsel respectfully requests that if it is convenient to the Court that the new date be set sometime after August 28, 2008.

WHEREFORE for the foregoing reasons, Mr. Huggins respectfully requests that his Motion to Continue the Schedule Sentencing Hearing be granted.

2

                                                                Respectfully submitted,


                                                             _____/s/_____
                                                             Rudolph Acree, Jr.
                                                             1211 Connecticut Ave., N.W.
                                                             Suite 506
                                                             Washington D.C. 20036
                                                             Counsel for Michael Huggins

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Motion to Continue Scheduled Sentencing Hearing was sent via Electronic Case Filing (ECF) to Assistant United States Attorneys Jack Geise and Rachel Lieber on this 17 day of July 2008.

/s/
Rudolph Acree, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| | *   Case No.: 08-146 (ESH) |
| v. | * |
| | * |
| | * |
| **MICHAEL HUGGINS,** | * |
| | * |
| **Defendant.** | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**ORDER**</u>

UPON CONSIDERATION of the Defendant Huggins' Motion to Continue Scheduled Sentencing Hearing, it is this ___ day of _____, 2008, hereby

ORDERED, that the Defendant's motion is hereby GRANTED.

Honorable Judge