UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | Case No.: 08-146 (ESH) |
| v. | * | |
| | * | **FILED** |
| | * | |
| MICHAEL HUGGINS, | * | JUL 2 2 2008 |
| | * | |
| Defendant. | * | NANCY MAYER WHITTINGTON, CLERK |
| | * | U.S. DISTRICT COURT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

UPON CONSIDERATION of the Defendant Huggins' Motion to Continue Scheduled Sentencing Hearing, it is this 21 day of July, 2008, hereby

ORDERED, that the Defendant's motion is hereby GRANTED. Sentencing is now set for September 5, 2008 at 10:00 a.m.

_____
Honorable Judge

4